UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **KIMBERLY A. RICHARD** | **CASE NO. 2:18-CV-01257** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **LA DEP'T CHILDREN & FAMILY SERVICES** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 30] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Motions to Dismiss [doc. 22] be **GRANTED IN PART** and **DENIED IN PART**, with plaintiff's claims relating to the alleged denials of promotions in 2015 **DISMISSED WITH PREJUDICE** as prescribed under the LEDL and unexhausted under Title VII, and that the motion be **DENIED** in all other respects.

**THUS DONE** in Chambers on this 24 day of July, 2019.

———————————————
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE